# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SCOTT M. HABLUTZEL, #Y46216,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 23-cv-03372-JPG |
| | ) |
| **FAYETTE COUNTY, ILLINOIS,** | ) |
| **FAYETTE COUNTY, IL SHERIFF'S** | ) |
| **DEPARTMENT, VANDALIA, IL** | ) |
| **POLICE DEPARTMENT,** | ) |
| **SHERIFF RONNIE STEVENS,** | ) |
| **DUSTIN CADE, BLAIN REDMAN,** | ) |
| **and BROC RICH,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED**: 12/14/2023

MONICA A. STUMP, CLERK

By: s/ Tanya Kelley
　　　Deputy Clerk

APPROVED: s/ *J. Phil Gilbert*
　　　　　　J. PHIL GILBERT
　　　　　　United States District Judge